# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PENNSYLVANIA TURNPIKE COMMISSION,<br><br>Petitioner<br><br>v.<br><br>TEAMSTERS LOCAL 250,<br><br>Respondent | : No. 862 MAL 2014<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.